## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VELA B. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07-CV-85-FHM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Upon consideration of Defendant's Motion to Remand (Doc.10), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be remanded to the Commissioner for further administrative proceedings pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the Agency will compile a complete record of the administrative proceedings by expunging unrelated documents and including all pertinent exhibits. Further the Agency will consider new evidence concerning Plaintiff's visual impairment. The Agency will also offer Plaintiff the opportunity to request a new hearing prior to issuing a new decision.

DATED this 20th, day of March, 2007.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE